### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**RAYMOND MILLER**                                                              **PLAINTIFF**
**ADC # 179415**

**v.**                          **Case No. 3:25-cv-000010-KGB-PSH**

**DEXTER PAYNE, et al.**                                                      **DEFENDANTS**

### ORDER

Before the Court are the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Patricia S. Harris (Dkt. No. 8). Plaintiff Raymond Miller timely filed a response to the Recommendation and objections to the Recommendation (Dkt. Nos. 9, 10). Also before the Court are Miller's motions for status update (Dkt. Nos. 12, 15; 16), motion for leave to proceed *in forma pauperis* (Dkt. No. 13), and motions for appointment of counsel (Dkt. Nos. 14; 17).

After careful consideration of the Recommendation and the objections, and after a *de novo* review of the record, the Court adopts the Recommendation as this Court's findings of fact and conclusions of law in all respects (Dkt. No. 8). The Court grants Miller's motions for status updates and considers this Order responsive to his request for a status update (Dkt. Nos. 12; 15; 16). Because the Court adopts the Recommendation to dismiss Miller's claims, the Court denies as moot Miller's motion for leave to proceed *in forma pauperis* and motions for appointment of counsel (Dkt. Nos. 13; 14; 17).

The Court writes separately to address Miller's objections to the Recommendation. In the Recommendation, Judge Harris explained that Miller's complaint fails to state a claim under which relief can be granted because Miller alleges insufficient facts to support a claim under 42 U.S.C. § 1983. Miller's objections repeat similar insufficient factual allegations and conclusory statements of law. While the Court recognizes that the loss of legal mail has the potential for extraordinary

harm to individuals like Miller, the extent of those consequences does not give rise to a 42 U.S.C. § 1983 claim under the facts alleged here.

Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 8). Miller's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted. The Court recommends that, in the future, the dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

It is so ordered this 3rd day of March, 2026.

Kristine G. Baker
Chief United States District Judge

2