### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**RAYMOND MILLER**                                                                    **PLAINTIFF**
**ADC # 179415**

**v.**                              **Case No. 3:25-cv-000010-KGB-PSH**

**DEXTER PAYNE, et al.**                                                          **DEFENDANTS**

### JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Raymond Miller's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken in this action is considered frivolous and not in good faith.

It is so adjudged this 3rd day of March, 2026.

_____
Kristine G. Baker
Chief United States District Judge